

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00412-CR

Javier **CARDENAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1577
Honorable Steve Hilbig, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed in this appeal on September 21, 2015. After two motions for extensions of time were filed and granted extending the deadline for filing the appellant's brief to November 20, 2015, appellant's court-appointed attorney withdrew from representing appellant and new counsel was substituted.

On November 12, 2015, appellant's new attorney filed a third motion for extension of time. The motion is GRANTED, and appellant's brief must be filed no later than December 21, 2015. Given the original deadline for the filing of appellant's brief, **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE BRIEF ARE DISFAVORED**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court